UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.   3:08cr22/LAC/CJK
3:12cv432/LAC/CJK

STEPAN BONDARENKO
_____/

## ORDER

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 23, 2015 (doc. 1181).  Defendant has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The motion to vacate, set aside, or correct sentence (doc. 925) is **DENIED and DISMISSED** as untimely.

2. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 27th day of May, 2015.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**